# United States District Court
# Central District of California

| | |
|---|---|
| C&R FRESH, L.L.C., <br><br>    Plaintiff, <br><br>    v. <br><br> GRANA TRADING, INC.; ROBERTO GRANA; MARINA VALLADARES, <br><br>    Defendants. | Case № 2:14-cv-04764-ODW(MRWx) <br><br> **ORDER TO SHOW CAUSE RE. LACK OF PROSECUTION** |

On July 1, 2014, Plaintiff served Defendants Grana Trading, Inc., Roberto Grana, and Marina Valladares.  (ECF Nos. 8–10.)  Defendants therefore had until July 22, 2014, to answer or otherwise respond—that is, 21 days after the service date.  Fed. R. Civ. P. 12(a)(1)(A)(i).  To date, Defendants have filed no response.  The Court therefore **ORDERS** Plaintiff to **SHOW CAUSE** in writing by **Thursday, July 31, 2014**, why it has not moved for entry of default against Defendants.  No hearing will be held; Plaintiff shall respond in writing.  The Court will discharge this Order upon a timely application for entry of default filed with the Clerk of Court.  Failure to timely respond will result in dismissal for lack of prosecution.

**IT IS SO ORDERED.**

July 24, 2014

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**